UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
16-cv-81584-DMM

SREAM, INC.,

    Plaintiff,

v.

PB GROCERY, INC., OF PALM BEACH,

    Defendant.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S UNOPPOSED MOTION TO SET ASIDE SCHEDULING ORDER AND ORDER REFERRING CASE AND SETTING TRIAL DATE

This cause comes before the Court upon Defendant's Unopposed Motion to Set Aside Pretrial Scheduling Order and Order Referring Case and Setting Trial Date ("Motion"), filed February 13, 2017. (DE 20). Fed. R. Civ. P. 6(b) provides that the Court may grant an extension of time for good cause before the original time expires. Because Defendant was not aware of the need to retain counsel to defend itself until its *pro se* Answer was stricken on January 3, 2017, the Court finds good cause to grant extensions of the deadlines set forth in the Court's Pretrial Scheduling Order and Order Referring Case to Mediation (DE 11).[1] Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion (DE 20) is **GRANTED IN PART AND DENIED IN PART**. Each of the following deadlines set forth below, and in the Pretrial Scheduling Order and Order Referring Case to Mediation (DE 11), are extended as follows:

    i)    Deadline for Plaintiff to provide written list of names and addresses of expert witnesses and to furnish expert reports or summaries – February 21, 2017;

---

[1] In the interest of efficiency, the Court will set the new deadlines rather than permitting the Parties to suggest new deadlines, as requested in the Motion. The Court reminds the Parties that they may consent to the jurisdiction of United States Magistrate Judge Dave Lee Brannon, who generally allows the Parties great flexibility in setting the course and schedule, including the trial date, of their case.

ii) Deadline for Defendant to provide written list of names and addresses of expert witnesses and to furnish expert reports or summaries – March 7, 2017;

iii) Deadline for both Parties to furnish opposing counsel with a written list containing the names and addresses of all witnesses intended to be called at trial – March 14, 2017;

iv) All discovery shall be completed – April 14, 2017;

v) All pretrial motions, including summary judgment motions and Daubert motions, and motions *in limine* shall be filed – April 28, 2017;

vi) Joint Pretrial Stipulation shall be filed.  Designations of deposition testimony shall be made – June 2, 2017;

vii) Objections to designations of deposition testimony shall be filed.  Late designations shall not be admissible absent exigent circumstances – June 9, 2017;

viii) Jury Instructions or Proposed Findings of Fact and Conclusions of Law shall be filed – June 19, 2017;

ix) Calendar call – June 21, 2017 at 1:15 p.m.; and

x) Two-week trial period – June 26, 2017 at 9:00 a.m.

All other deadlines set forth in the Pretrial Scheduling Order and Order Referring Case to Mediation (DE 11) shall remain as set forth therein and the Parties shall comply therewith.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, on this 16 day of February, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to counsel